UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH SOMMERS-WILSON,

    Plaintiff,

v.                                                                                                Case No. 16-CV-14259
                                                                                        HON. MARK A. GOLDSMITH

SAMSUNG SDI AMERICA, INC.,

    Defendant.

_____/

## **JUDGMENT**

This matter was tried before a jury from January 7, 2019 through January 15, 2019. The jury returned a verdict in favor of Defendant on Count One – federal gender discrimination – and Count Two – state gender discrimination. The jury returned a verdict in favor of Plaintiff on Count Three – federal retaliation – and Count Four – state retaliation. The jury awarded Plaintiff $130,000 in past economic damages, $100,000 in past non-economic damages, and $625,000 in punitive damages. Upon Defendant's motion and pursuant to the statutory cap in 42 U.S.C. § 1981a(b)(3), the Court then reduced the punitive damages amount to $50,000.

Therefore, in accordance with the foregoing, the Court orders and adjudicates as follows:

A judgment of no cause of action is entered in favor of Defendant and against Plaintiff as to Plaintiff's federal and state discrimination claims.

A judgment is entered in favor of Plaintiff and against Defendant, in the amount of $130,000 in past economic damages on Plaintiff's federal and state retaliation claims; $100,000 in past non-economic damages on Plaintiff's federal and state retaliation claims; and $50,000 in

1

punitive damages on the federal retaliation claim. The judgment amounts to $280,000 in damages, plus costs, fees, and interest as provided by law.

SO ORDERED.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                   By:    s/Erica Karhoff
                                                      DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2019