UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH SOMMERS-WILSON,

Plaintiff,

Case No. 2:16-cv-14259
Hon. Mark A. Goldsmith

vs.

SAMSUNG SDI AMERICA, INC.
a foreign corporation;

Defendant.
_______________________________/

Carol A. Laughbaum (P41711)
Attorney for Plaintiff
STERLING ATTORNEYS AT LAW, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
claughbaum@sterlingattorneys.com

John T. Below (P48677)
Dennis K. Egan (P29116)
Heather G. Ptasznik (P63344)
Attorneys for Defendant
KOTZ, SANGSTER, WYSOCKI, P.C.
36700 Woodward Ave., Ste. 202
Bloomfield Hills, MI 48304
(248) 646-1050
jbelow@kotzsangster.com
degan@kotzsangster.com
hptasznik@kotzsangster.com
_______________________________/

**SUPPLEMENT TO PLAINTIFF'S PENDING MOTION FOR ATTORNEY FEES, COSTS AND INTEREST BASED ON SEPTEMBER 11, 2019 ORDER ISSUED BY JUDGE BATTANI**

On September 11, 2019, Judge Battani entered an Order in *Khalaf v Ford Motor Company* awarding Plaintiff's attorney, Carol A. Laughbaum, full attorney fees at the hours and rates claimed, including approving as reasonable Ms. Laughbaum's hourly rates of $325, and $400 commencing October 2018, the

same rates claimed by Plaintiff's counsel in her pending fee petition in this matter. *See* **Exhibit 1**, Order, pp 2, 4-5.

**PROOF OF SERVICE**

I certify that on September 11, 2019, I filed the foregoing paper with the Clerk of the Court using the ECF system which will electronically send notification to all counsel of record.

/s/Carol A. Laughbaum
Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
claughbaum@sterlingattorneys.com

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By: /s/Carol A. Laughbaum
Carol A. Laughbaum (P41711)
Attorneys for Plaintiff
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500